UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04377-MWC-PVC (**Adelanto**) Date: August 4, 2026

Title: Daniela Murillo Narvaez v. Fereti Semaia, *et al.*

Present: The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE AS TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. [2]) (A No. 232-711-25)**

Having reviewed Petitioner Daniela Murillo Naravez's ("Petitioner") *Ex Parte* Application for Temporary Restraining Order (Dkt. # 2, "Application"), the Court **ORDERS** as follows:

1. Petitioner (A No. 232-711-25) may not be removed from the Central District of California pending further order of the Court. Respondents are cautioned that sanctions may be imposed if Respondents take any action impairing Petitioner's ability to obtain complete relief.
2. Respondents shall file an opposition no later than **Thursday, August 6, 2026**.
3. Petitioner shall file a reply no later than **Monday, August 10, 2026**.
4. Unless the Court orders otherwise, Petitioner's Application will be deemed submitted, without oral argument, on either:
   a. the day the opposition is filed, or due and not filed; or
   b. the day any reply to the opposition is filed, or due and not filed. The Court may order further briefing or other proceedings, at any time, as appropriate.
5. Petitioner's counsel shall forthwith provide notice of this Order to Respondents and file a proof of service no later than **August 5, 2026** at 3:00 p.m.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04377-MWC-PVC (**Adelanto**) Date: August 4, 2026

Title: Daniela Murillo Narvaez v. Fereti Semaia, *et al.*

**IT IS SO ORDERED.**

:

**Initials of Preparer** TJ